IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 14-cv-02042-RM-NYW

DAMON WILLIAMS,

    Plaintiff,

v.

CREDIT MANAGEMENT, LP,
a Nevada limited partnership,

    Defendant.

---

**ORDER**

---

This matter before the Court on the parties' stipulated motion to dismiss all claims and counterclaims in this matter with prejudice (ECF No. 21). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, the Court:

(1)    GRANTS the stipulated motion to dismiss all claims with prejudice (ECF No. 21);

(2)    DISMISSES with prejudice Plaintiff's Complaint (ECF No. 1);

(3)    ORDERS each party to pay his or its own attorney's fees and costs; and

(4)    DIRECTS the Clerk of the Court to CLOSE this matter.

DATED this 2nd day of April, 2015.    BY THE COURT:

                                                                       RAYMOND P. MOORE
                                                                       United States District Judge